1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AARON LORELL and PHILLIP          )      CASE NO. 07cv739 WQH (WMc)
MATTHEWS,                         )
                                  )      **ORDER VACATING TELEPHONIC**
                Plaintiffs,       )      **SETTLEMENT DISPOSITION**
v.                                )      **CONFERENCE**
                                  )
ACE AMERICAN INSURANCE            )
COMPANY; ACE USA; ACE INA; DOES 1-)
20, inclusive,                    )
                Defendants.

        A joint motion to dismiss has been filed in the instant action. [Doc. No. 6.]   Accordingly, the

*telephonic* Settlement Disposition Conference scheduled for June 18, 2007 is hereby **VACATED.**

        **IT IS SO ORDERED**.

DATED: June 12, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE WILLIAM Q. HAYES
ALL COUNSEL OF RECORD